**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **CASE NO:** |
| | : | **7:24-cr-15–WLS-ALS** |
| **CHARLES REID, JR.,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## ORDER

Presently before the Court is the Parties' Joint Stipulation to Supplement the Record (Doc. 72) ( "Stipulation") filed October 9, 2026. Therein, the Parties stipulate and request that the Record in this case be supplemented by a letter written by Defendant and received by the Court on September 20, 2024. A copy of the letter is attached to the Stipulation. The Court finds that good cause has been shown.

Accordingly, for the purpose of completing the Record, the Court **GRANTS** the relief requested in the Stipulation and **ORDERS** that the Record be supplemented as stipulated by the Parties. Further, the Clerk is **DIRECTED** to certify and forward the supplemented Record to the United States Court of Appeals for the Eleventh Circuit, as directed by Federal Rule of Appellate Procedure 10(e)(2).

**SO ORDERED**, this 15th day of October 2026.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**